# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GUS GEERLIGS, <br>     Petitioner, <br> v. <br> J. WALKER, Warden, <br>     Respondent. | No. CV 10-8242-DDP (AGR) <br><br> **JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 30, 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE